Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jane N. Roessler, | No. CV14-1944-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT** |
| Cavalry SPV I, LLC, *et al.*, | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that all parties have reached a settlement of this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

RESPECTFULLY SUBMITTED: <u>November 12, 2014</u> .


<u>  s/ Floyd W. Bybee  </u>
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on <u>  November 12, 2014  </u>, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jeffrey A. Topor (CA SBN 192245)
(Pro Hac Vice)
**SIMMONS & NARITA, LLP**
44 Montgomery Street, Ste 3010
San Francisco, CA 94104-4816
lmayilyan@snllp.com

Attorney for Defendants


by <u>  s/ Floyd W. Bybee  </u>

- 2 -